# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| ME50 | E 1472152 | Drescher | 1579 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 02/21/2025 1550 | 38 CFR 1.218(a) 38 |

**Place of Offense:** Building 248 RM 205 TOGUS VETERANS AFFAIRS MEDICAL CENTER

**Offense Description; Factual Basis for Charge:** INTRODUCTION OR POSSESSION OF AMMUNITION

### DEFENDANT INFORMATION
**Phone:** (207) 712-4628
**Last Name:** Kendall
**First Name:** Jeremy
**M.I.:** J
**Street Address:** ~~39 Ambrose Dr~~ ~~4~~ 41 Leonards Way
**City:** ~~Windham~~ Westbrook
**State:** ME
**Zip Code:** ~~04062~~ 04092
**Date of Birth:** [redacted]
**Drivers License No.:** 7214190
**D.L. State:** ME
**Social Security No.:** [redacted]

☒ Adult ☐ Juvenile  **Sex:** ☒ Male ☐ Female  **Hair:** BR  **Eyes:** BLU  **Height:** 6'02  **Weight:** 200

### VEHICLE VIN:
(blank)

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
**Court Address:** 202 HARLOW ST. BANGOR ME 04401
**Date:** 04/15/2025
**Time:** 10:00 am

X Defendant Signature: [signed]

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 02/25, 20 25 while exercising my duties as a law enforcement officer in the First District of Maine

A Veterans Benefits Administration Employee reported on 02/21/25 that a coworker had placed a bullet on her desk and stated "This is for you" and departed the area. When asked where he got the bullet, he stated "from his bible". After I conducted interviews, I determined that Mr. Kendall was being untruthful in his statements to me and he was charged with possession of ammunition on VA covered property. (PP) IR 7022500367

The foregoing statement is based upon:
☐ my personal observation
☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

**Executed on:** 02/25/2025
Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

**Executed on:** _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;